*Auer et al., Petitioners, v. Leach et al., Respondents*, No. 92778-2. Petition for review of a decision of the Court of Appeals, No. 46105-6-II, October 27, 2015, 190 Wn. App. 1043. *Denied* April 27, 2016.

*State, Respondent, v. Woodlyn, Petitioner*, No. 91577-6. Petition for review of a decision of the Court of Appeals, No. 71311-6-I, March 9, 2015, 186 Wn. App. 1019. *Granted* April 28, 2016.

*In re Pers. Restraint of Salinas, Respondent*, No. 91905-4. Motion for discretionary review of a decision of the Court of Appeals, No. 71383-3-I, June 15, 2015, 188 Wn. App. 1018. *Granted* April 28, 2016.

*Zhaoyun Xia et al., Petitioners, v. Probuilders Specialty Ins. Co. et al., Respondents*, No. 92436-8. Petition for review of a decision of the Court of Appeals, No. 71951-3-I, August 24, 2015, 189 Wn. App. 1041. *Granted* April 28, 2016.

*State, Respondent, v. Arredondo, Petitioner*, No. 92389-2. Petition for review of a decision of the Court of Appeals, No. 30411-6-III, September 17, 2015, 190 Wn. App. 512. *Granted on specific issues* April 29, 2016.

*State, Respondent, v. Riffe, Petitioner*, No. 92617-4. Petition for review of a decision of the Court of Appeals, No. 45744-0-II, November 10, 2015, 191 Wn. App. 1011. *Denied* May 13, 2016.

*State, Respondent, v. Mitchell, Petitioner*, No. 92535-6. Petition for review of a decision of the Court of Appeals, No. 72221-2-I, November 2, 2015, 190 Wn. App. 919. *Denied* May 24, 2016.